UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BETTY STAFFNE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Case No.  4:11CV02241 AGF |
| | ) |
| UNITED STATES OF AMERICA and | ) |
| GERSHENSON CONSTRUCTION | ) |
| CO., INC., | ) |
| | ) |
|    Defendants. | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through her attorneys, and dismisses this case with prejudice. Each party to bear its own costs.

Respectfully submitted,

_____
James C. Brandenburg, #2695
275 N. Lindbergh Blvd.
St. Louis, Missouri  63141
(314) 993-4261
(314) 993-3367 (fax)
brandenburglaw@gmail.com

Todd M. Boehlje, 70982
1 Campbell Plaza, Suite 1A North
St. Louis, Missouri  63139
(314) 644-5200
(314) 644-5201 (fax)
boehljet@yahoo.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on:

Derek Johannsen
John Schultz
Franke Schultz & Mullen
8900 Ward Parkway
Kansas City, Missouri 64114
Attorneys for Defendant Gershenson Construction Co.

Jane Berman Shaw
Assistant United States Attorney
111 South 10th St., Room 20.333
St. Louis, Missouri 63102
Attorney for Defendant United States of America, United States Postal Service

_____
Todd M. Scully